1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6   Attorney for Defendant
    WILLIAM FURTADO

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,    )  No. 2:09-CR-0329 GGH
                             )
14            Plaintiff,    )
                             )  **STIPULATION AND ORDER**
15     v.                  )  **CONTINUING STATUS CONFERENCE**
                             )  **AND EXCLUDING TIME**
16   WILLIAM FURTADO,        )
                             )
17           Defendant.    )  Date:  March 15, 2010
                             )  Time:  9:00 a.m.
18   _____)  Judge: Gregory G. Hollows

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21   of America, and defendant, William Furtado, through their respective

22   attorneys, that the status conference presently scheduled for March 15,

23   2010, may be continued to April 26, 2010, at 9:00 a.m.

24      Defense counsel has retained an expert to review Mr. Furtado's

25   income during period charged in the information in order to determine

26   whether the government in fact incurred any loss and, if so, the extent

27   of that loss.  This matter is likely to affect resolution of the case.

28   The parties therefore agree that time under the Speedy Trial Act should

1   be excluded through April 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)

2   and (B)(iv), to afford defense counsel reasonable time to prepare.

3                                       Respectfully submitted,

4                                       DANIEL J. BRODERICK
                                        Federal Defender
5

6   Dated:  March 10, 2010              /s/ T. Zindel_____
                                        TIMOTHY ZINDEL
7                                       Assistant Federal Defender
                                        Attorney for WILLIAM FURTADO
8

9                                       BENJAMIN B. WAGNER
                                        United States Attorney
10

11  Dated:  March 10, 2010              /s/ T. Zindel for S. Spangler
                                        SAMANTHA SPANGLER
12                                      Assistant U.S. Attorney

13

14                          **O R D E R**

15

16      The status conference is continued to April 26, 2010, at 9:00 a.m.

17  For the reasons set forth above, the court finds that the ends of justice

18  to be served by a continuance outweigh the best interests of the public

19  and the defendant in a speedy trial and therefore excludes time through

20  April 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

21      IT IS SO ORDERED.

22

23  Dated:  March 11, 2010          /s/ Gregory G. Hollows
                                    _____
24                                      HON. GREGORY G. HOLLOWS
                                        United States District Judge
25
    furtado.eot
26

27

28