1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   WILLIAM FURTADO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       ) No. 2:09-CR-0329 GGH
                                   )
14              Plaintiff,         )
                                   ) **STIPULATION AND ORDER**
15      v.                         ) **CONTINUING STATUS CONFERENCE**
                                   ) **AND EXCLUDING TIME**
16 WILLIAM FURTADO,                )
                                   )
17              Defendant.         ) Date: April 26, 2010
                                   ) Time: 9:00 a.m.
18 _____ ) Judge: Gregory G. Hollows

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, William Furtado, through their respective

22 attorneys, that the status conference presently scheduled for April 26,

23 2010, may be continued to May 24, 2010, at 9:00 a.m.

24      Defense counsel has retained an expert to review Mr. Furtado's

25 income during period charged in the information in order to determine

26 whether the government in fact incurred any loss and, if so, the extent

27 of that loss.  This matter is likely to affect resolution of the case.

28 The parties therefore agree that time under the Speedy Trial Act should

1  be excluded through May 24, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)
2  and (B)(iv), to afford defense counsel reasonable time to prepare.
3  　　　　　　　　　　　　　　　　　　　Respectfully submitted,
4  　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　Federal Defender
5
6  Dated:  April 21, 2010　　　　　　　　/s/ T. Zindel
　　　　　　　　　　　　　　　　　　　　TIMOTHY ZINDEL
7  　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for WILLIAM FURTADO
8
9  　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney
10
11 Dated:  April 21, 2010　　　　　　　　/s/ T. Zindel for S. Spangler
　　　　　　　　　　　　　　　　　　　　SAMANTHA SPANGLER
12 　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
13
14 　　　　　　　　　　　　　　**O R D E R**
15
16 　　　The status conference is continued to May 24, 2010, at 9:00 a.m.
17 For the reasons set forth above, the court finds that the ends of justice
18 to be served by a continuance outweigh the best interests of the public
19 and the defendant in a speedy trial and therefore excludes time through
20 May 24, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
21 　　　IT IS SO ORDERED.
22
23 Dated: April 27, 2010　　　　　　　　/s/ Gregory G. Hollows
24 　　　　　　　　　　　　　　　　　　　HON. GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　United States District Judge
25 furtado.eot2
26
27
28

Stip & Order　　　　　　　　　　　　　-2-