```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    WILLIAM FURTADO
 7

 8
```

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, ) | No. 2:09-CR-0329 GGH |
| 14 | Plaintiff, ) | |
| 15 | v.  ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| 16 | WILLIAM FURTADO, ) | |
| 17 | Defendant. ) | Date: May 24, 2010 |
| 18 | _____ ) | Time: 9:00 a.m.<br>Judge: Gregory G. Hollows |

20    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, William Furtado, through their respective
22 attorneys, that the status conference presently scheduled for May 24,
23 2010, may be continued to June 21, 2010, at 2:00 p.m.
24    Defense counsel has received a report from his expert concerning the
25 effect of Mr. Furtado's income on his entitlement to the benefits he is
26 charged with stealing.  The parties seek time to review the report, which
27 is likely to affect their resolution of the case.  The parties therefore
28 agree that time under the Speedy Trial Act should be excluded through

1  June 21, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to
2  afford both counsel reasonable time to prepare.

3                                       Respectfully submitted,

4                                       DANIEL J. BRODERICK
                                        Federal Defender
5

6  Dated:  May 20, 2010                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
7                                       Assistant Federal Defender
                                        Attorney for WILLIAM FURTADO
8

9                                       BENJAMIN B. WAGNER
                                        United States Attorney
10

11 Dated:  May 20, 2010                 /s/ T. Zindel for S. Spangler
                                        SAMANTHA SPANGLER
12                                      Assistant U.S. Attorney

13

14                              **O R D E R**

15

16     The status conference is continued to June 21, 2010, at 2:00 p.m.
17 For the reasons set forth above, the court finds that the ends of justice
18 to be served by a continuance outweigh the best interests of the public
19 and the defendant in a speedy trial and therefore excludes time through
20 June 21, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
21     IT IS SO ORDERED.

22

23 Dated:  May 21, 2010                  /s/ Gregory G. Hollows
24                                       HON. GREGORY G. HOLLOWS
                                         United States Magistrate Judge
25 furtado.eot3
26
27
28

Stip & Order                    -2-