```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   WILLIAM FURTADO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-CR-0329 GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| WILLIAM FURTADO, | ) | |
| | ) | |
| Defendant. | ) | Date: June 21, 2010 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Gregory G. Hollows |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Furtado, through their respective attorneys, that the status conference presently scheduled for June 21, 2010, may be continued to August 30, 2010, at 2:00 p.m.

The defense recently disclosed a report from its expert bearing on the amount of loss for sentencing and restitution purposes. The government intends to review the report with Social Security officials before the parties determine how to proceed. The parties seek time to review the report, which is likely to affect their resolution of the

case.  The parties therefore agree that time under the Speedy Trial Act should be excluded through August 30, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both counsel reasonable time to prepare.

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Defender

Dated:  June 17, 2010        /s/ T. Zindel
                    TIMOTHY ZINDEL
                    Assistant Federal Defender
                    Attorney for WILLIAM FURTADO


                    BENJAMIN B. WAGNER
                    United States Attorney

Dated:  June 17, 2010        /s/ T. Zindel for S. Spangler
                    SAMANTHA SPANGLER
                    Assistant U.S. Attorney

## O R D E R

The status conference is continued to August 30, 2010, at 2:00 p.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through August 30, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  June 21, 2010        /s/ Gregory G. Hollows
                    HON. GREGORY G. HOLLOWS
                    United States Magistrate Judge

furtardo.eot4