DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM FURTADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-0329 GGH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| WILLIAM FURTADO, | |
| Defendant. | Date: August 30, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Furtado, through their respective attorneys, that the status conference presently scheduled for August 30, 2010, may be continued to September 27, 2010, at 9:00 a.m.

The parties have reached an agreement to resolve the case but time is needed to write it and review it. Mr. Furtado is presently hospitalized in Stockton and undergoing medical tests. His release date is unknown. The parties therefore agree that time under the Speedy Trial Act should be excluded through September 27, 2010, pursuant to 18 U.S.C.

§ 3161(h)(7)(A) and (B)(iv), to afford both counsel reasonable time to prepare.

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated:  August 26, 2010          /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for WILLIAM FURTADO

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated:  August 26, 2010          /s/ T. Zindel for S. Spangler
                                            SAMANTHA SPANGLER
                                          Assistant U.S. Attorney

## O R D E R

The status conference is continued to September 27, 2010, at 9:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through September 27, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated:  August 30, 2010        /s/ Gregory G. Hollows
                                          HON. GREGORY G. HOLLOWS
                                          United States Magistrate Judge

furtado.eot5

Stip & Order                                     -2-