```
BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-329 GGH |
|---|---|---|
| Plaintiff, | ) | MOTION TO DISMISS INFORMATION; ORDER |
| v. | ) | |
| WILLIAM FREDERICK FURTADO, | ) | |
| Defendant. | ) | |

<u>Motion to Dismiss</u>

Plaintiff United States of America, by and through its undersigned counsel, respectfully submits this motion to dismiss with prejudice the Information and the Superseding Information filed against defendant William Frederick Furtado on August 3, 2009, and February 8, 2010. On September 3, 2010, Mr. Furtado passed away. A copy of the Lodi Sentinel's obituary is attached hereto.

DATED: September 20, 2010          BENJAMIN B. WAGNER
                                   United States Attorney


                                   By:   s/ Samantha S. Spangler
                                         Samantha S. Spangler
                                         Assistant U.S. Attorney

1

<u>Order</u>

Good cause appearing, the same is hereby ordered.

The status conference scheduled for September 27, 2010, at 2:00 p.m., is VACATED.

IT IS SO ORDERED.

DATED:  September 21, 2010          /s/ Gregory G. Hollows
                                    ─────────────────────────────
                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

furtado.dism